16940.002A497

PETER A. DAVIDSON, SBN 76194
MOLDO DAVIDSON FRAIOLI
SEROR & SESTANOVICH LLP
2029 CENTURY PARK EAST, 21ST FLOOR
LOS ANGELES, CALIFORNIA 90067
Tel:  310\ 551-3100 ● Fax: 310\ 551-0238
Email:  pdavidson@mdfslaw.com

JS-6

**Attorneys for James H. Donell Receiver**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. DONELL, RECEIVER FOR J.T. WALLENBROCK & ASSOCIATES and CITADEL CAPITAL MANAGEMENT GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NOLOGY ENGINEERING, INC., a California corporation,<br><br>Defendant. | CASE NO.: CV 08-03930-R- (SHx)<br><br>**JUDGMENT**<br><br>DATE:   September 15, 2008<br>TIME:    10:00 a.m.<br>CTRM.:  8<br><br>JS-6 |

The Application of Plaintiff, James H. Donell, Receiver for J.T. Wallenbrock & Associates and Citadel Capital Management Group, Inc., for the entry of Default Judgment as to Defendant, Nology Engineering, Inc., came on for hearing, having been duly noticed, on September 15, 2008 at 10:00 a.m. before the Honorable Manuel L. Real, United States District Court Judge.  The Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1.   Judgment in this case is granted in favor of the Plaintiff, James H. Donell, Receiver for J.T. Wallenbrock & Associates and Citadel Capital Management

1  Group, Inc. and against Defendant, Nology Engineering, Inc. as follows:

2      (a)    Defendant, Nology Engineering, Inc., shall pay Plaintiff, James H. Donell, Receiver for J.T. Wallenbrock & Associates and Citadel Capital Management Group, Inc., the principal sum of $344,628.65, prejudgment interest of $92,332.98 and attorney's fees of $12,339.23 for a total of $449,300.86.

DATED: September 15, 2008  _____
                                                    THE HONORABLE MANUEL L. REAL,
                                                    United States District Court Judge

//

//

//

//